

**Board of Education**
Robert Summerville, President
Willa Scott, Vice President
Charlena Croutch, Trustee
Wilhelmina Funderburke, Trustee
Alfred T. Taylor, Trustee

**Superintendent of Schools**
Dr. Deborah L. Wortham

Mr. Clyde A. Braswell, **Principal**

Edith Higgins, **Assistant Principal**

## MEMORANDUM FOR RECORD

To: Mrs. Twana Hobbs-Stanley, Fifth Grade Teacher

From: Mr. Clyde A. Braswell, Principal

Date: October 2, 2015

Re: Summary of meeting

The purpose of this memorandum of record is to provide feedback and serve as a reminder of the expectations established in the Roosevelt Union Free School District's policy as it relates to professional judgment. As you are aware, on two separate occasions you were observed exhibiting behavior, that in my opinion, falls outside of the policy's expectation on professional judgment.

Observations made:

- On September 29, 2015 at 11:57 a.m., I observed you using a tone with the student that, for all accounts, was excessive. You were admonishing the students, for as you stated, their lack of respect for authority and the even less respect for the building principal. Moreover, as the students entered their math class and the teacher acknowledged a student, you remarked, "You better give her an unsatisfactory on her progress report." You continued to express how you felt about another student who committed a behavioral infraction in your class and again the tone was excessive.

- On September 29, 2015 at 1:25 p.m., you were again observed using a tone that was excessive in the main lobby directed at your students. Your berating of students continued for nearly five minutes until Mrs. Higgins, Assistant Principal, re-directed the students and began the transition to the classroom.

Your behavior in both of these incidents was improper, unprofessional, and should not be repeated. Our job is to empower our students, and these exhibitions tend to show our students that they are not valued or respected. Moreover, exercising good judgment and conducting yourself in a professional and responsible manner are essential functions of your job as an educator. Roosevelt Union Free School District employees should strive at all times to be positive role models and represent the district in a professional manner. The incidents described above fall outside of the New York Standards for the Teaching Profession, and does not align with the guiding principles and goals of the Roosevelt Union Free School District

The purpose of this memorandum is to inform you of the serious consequences of any future incidents of this nature, and to instruct you as to how to avoid such issues moving forward.

This memorandum should not be construed as a formal accusation, charge, or formal disciplinary action; nor shall it prevent such disciplinary action in the future arising from this incident.

If you have any questions, please feel free to contact me.