Reply all | ∨    🗑 Delete    Junk | ∨    •••      ✕

# assistance with stairs

**TH**   **Twana Hobbsstanley**      Reply all | ∨
To: Clyde Braswell; Edith Higgins; Cc: Christine Hatalski; ⌄      Tue 1/5/2016 7:10 AM

Sent Items

Good morning -

Due to an knee injury, I am under the care of my orthopedist and have been advise not to use the stairs. Please make the necessary arrangements to make sure my students are provided coverage for their daily special periods, lunch, and dismissal that require stairs. I have doctor's documentation and will gladly submit.

Thanks for your support.

T. Stanley
Grade 5 Room 3005

# RE: student support with stairs

**CB**  **Clyde Braswell**                                          👍   ↩ Reply all | ⌄
To:   Twana Hobbsstanley;   Edith Higgins;   Cc:   Christine Hatalski;   F... ⌄         Thu 1/7/2016 10:04 AM

Inbox

You forwarded this message on 1/7/2016 10:31 AM

Mrs. Stanley,

This is an unfortunate circumstance which has limited options. It will be incumbent upon your grade level team to provide support for you as you are well aware staffing is an issue and especially today with a multitude of staff out for PD. I will need your grade level team to support you during dismissal and lunch to transition your class to and from lunch and assist with dismissal as you take the elevator to meet your students down stairs at the exit and dismiss accordingly. We will have security support in the transition with your class today, but as stated, your grade level team is going to work together to support a colleague in need.

Mr. Clyde A. Braswell, Principal
Washington Rose Elementary School
2 Rose Ave.
Roosevelt, NY 11575
Office: 516-345-7603
Fax: 516-345-7690

The mission of the Roosevelt Union Free School District is to educate the whole child to excel; thereby, ensuring achievement for all. Failure is Not an option!

We will become a proficient learning community and lead the nation with strong character. Roosevelt… Rising…We're All In! As never before!

"Today, you've got a DECISION to make. You're gonna get BETTER or you're gonna get worse, but you're not gonna stay the same. Which will it BE?"--<em>Joe Paterno</em>

---

**From:** Twana Hobbsstanley
**Sent:** Thursday, January 07, 2016 9:59 AM
**To:** Clyde Braswell; Edith Higgins
**Cc:** Christine Hatalski
**Subject:** student support with stairs

Good morning -

# Fw: student support with stairs

**TH**  Twana Hobbsstanley                                           ↩ Reply all | ∨
To: Rosa Dluginsky;  Christine Hatalski;  Rickita Jennings;  Kristine ... ∨     Thu 1/7/2016 10:31 AM

Sent Items

Mr. Braswell,

Thank you for the support today. The problem is that we all have different specials on some days and I don't know how that is going to work in the future. The preparation period is already shorten after taking and picking the students up; therefore I would be asking grade level members to reduce their already shortened prep period. Is there any additional staff that can assist until I get clearance from my doctor? Please advise.

Thanks,
T. Stanley

---

**From:** Clyde Braswell
**Sent:** Thursday, January 7, 2016 10:04 AM
**To:** Twana Hobbsstanley; Edith Higgins
**Cc:** Christine Hatalski; Rickita Jennings; Kristine Washington; Rosa Dluginsky
**Subject:** RE: student support with stairs

Mrs. Stanley,

This is an unfortunate circumstance which has limited options. It will be incumbent upon your grade level team to provide support for you as you are well aware staffing is an issue and especially today with a multitude of staff out for PD. I will need your grade level team to support you during dismissal and lunch to transition your class to and from lunch and assist with dismissal as you take the elevator to meet your students down stairs at the exit and dismiss accordingly. We will have security support in the transition with your class today, but as stated, your grade level team is going to work together to support a colleague in need.

Mr. Clyde A. Braswell, Principal
Washington Rose Elementary School
2 Rose Ave.
Roosevelt, NY 11575
Office: 516-345-7603
Fax: 516-345-7690

↩ Reply all | ⌄    🗑 Delete    Junk | ⌄    •••    ✕

# assistance with stairs

**TH**   Twana Hobbsstanley                 ↩ Reply all | ⌄

To:   Clyde Braswell;   Edith Higgins;   Cc:   Christine Hatalski; ⌄       Fri 1/8/2016 8:34 AM

Sent Items

Good morning -

I've spoken with my grade level team and they have graciously decided to assist with morning pick up, pick up from lunch, and afternoon dismissal. However, daily at 12:00, I will need support for transitioning the students to their specials and taking them to lunch. On Tuesdays, Art, I can walk them to class since it is on the 3rd floor, I just need support to take them to lunch.

I understand staffing is an issue, but please make the necessary arrangements to provide coverage for the safety of our students. I'm confident that administration will work out a plan of action that will meet the needs of our students until I receive medical clearance to take the stairs again.

Thanks for your support.

T. Stanley
Grade 5 Room 3005

↩ Reply all | ⌄    🗑 Delete    Junk | ⌄    …      ✕

# Re: Re: Accommodations

**TH**    Twana Hobbsstanley        ↩ Reply all | ⌄

To:   Clyde Braswell;   Cc:   Christine Hatalski;   Robert Brisbane;   Mich… ⌄     Tue 1/19/2016 8:27 AM

Sent Items

Good morning Mr. Braswell,

After reviewing your email again, I realized that the current plan of action will not be sufficient to meet the needs of our students. My class needs to be in the library because they have a research project due for the month of February. Music instruction needs to be provided in the room in which music has the proper tools. Lastly, this plan of action does not address who will provide proper supervision for the students transitioning to lunch; the other teachers dismiss their students from their specials directly to lunch therefore aren't available to take my students to lunch. Today's special is Art, which is on the 3rd floor. I have no restrictions preventing me from walking them to class but who will supervise them to lunch? I am only asking for covering to specials on Thursday and Friday and lunch coverage on Monday, Thursday, and Friday. My team member has graciously offered to take my class on Mondays and Wednesdays to Physical Education since we have the same preparation period. She will also transition them to lunch. Please provide teacher support for the dates coverage is needed.

Thanks for your support,
Twana Stanley
Grade 5 Room 3005

---

**From:** Twana Hobbsstanley
**Sent:** Wednesday, January 13, 2016 9:01 PM
**To:** Clyde Braswell
**Cc:** Christine Hatalski; Robert Brisbane; Michele Van Eyken; Edith Higgins
**Subject:** Re: Re: Accommodations

Mr. Braswell,
On Tuesday, January 5, I submitted an envelope to the front office with a doctor's note, the MRI results, as well as the meeting with the doctor to discuss the MRI results. Please speak with the front office staff if you do not have this documentation. As for the librarian and music teacher coming to the class or taking the students back to their rooms that will be fine. Please note, the students still require supervision to the lunch room which is directly after their special. The 5th grade team have various specials therefore they are not available to take my class to lunch and I

believe both the librarian and music teacher have classes after my class dismisses. A plan of action is needed to ensure my students are taken to lunch with proper supervision.

Thanks for your support.
Twana Stanley
Grade 5 Room 3005

---

**From:** Clyde Braswell
**Sent:** Wednesday, January 13, 2016 4:00 PM
**To:** Twana Hobbsstanley
**Cc:** Christine Hatalski; Robert Brisbane; Michele Van Eyken; Edith Higgins
**Subject:** Re: Accommodations

Mrs. Stanley,

If you have not done so, please submit the documentation from your primary care physician regarding your knee so it can be filed with human resources. Also, based on the prep schedule, you need support transitioning your class to library on Thursdays and Music on Fridays at 12:00 p.m. An email was sent to the music and librarian and those two specials will be conducted in your classroom. We understand your team is supporting the movement of your children to and from lunch and physical education, as well as supporting during dismissal. That is a very kind gesture on their part. If you have any additional questions, please notify Mrs. Hatalski who will bring it to our attention.

Mr. Clyde A. Braswell, Principal
Washington Rose Elementary School
2 Rose Ave.
Roosevelt, NY 11575
Office: 516-345-7603
Fax: 516-345-7690

The mission of the Roosevelt Union Free School District is to educate the whole child to excel; thereby, ensuring achievement for all. Failure is Not an option!

We will become a proficient learning community and lead the nation with strong character. Roosevelt... Rising...We're All In! As never before!

"Today, you've got a DECISION to make. You're gonna get BETTER or you're gonna get worse, but you're not gonna stay the same. Which will it BE?"--*Joe Paterno*