| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
|---|---|

| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | <u>5-3-2018</u><br><u>10:41 a.m. (2 minutes)</u> |
|---|---|---|---|

*Stanley v. Roosevelt Union Free School District, et al.*
**CV 16-3321 (JFB) (AKT)**

| TYPE OF CONFERENCE: | **MOTION HEARING/TELEPHONE STATUS CONFERENCE** |
|---|---|

| APPEARANCES: | Plaintiff | Louis D. Stober, Jr. |
|---|---|---|
| | Defendant | Gerald S. Smith |

FTR: 10:41-10:43

SCHEDULING:

THE FOLLOWING RULINGS WERE MADE:

    Counsel indicate that they have recently reached a settlement agreement, subject to approval by the Board of Education. Counsel are directed to file their stipulation of discontinuance by June 6, 2018.

                                              SO ORDERED

                                              <u>/s/ A. Kathleen Tomlinson</u>
                                              A. KATHLEEN TOMLINSON
                                              U.S. Magistrate Judge