UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TWANA STANLEY,

        16-CV-03321(JFB)(AKT)

        Plaintiff,

-against-

**STIPULATION TO DISMISS WITH PREJUDICE**

ROOSEVELT UNION FREE SCHOOL DISTRICT,
BOARD OF EDUCATION OF THE ROOSEVELT
UNION FREE SCHOOL DISTRICT, and MARNIE
HAZELTON, individually and in her official capacity
as Interim Superintendent of the Roosevelt Union
Free School District,

        Defendants.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the Plaintiff, TWANA STANLEY, and Defendants, ROOSEVELT UNION FREE SCHOOL DISTRICT, BOARD OF EDUCATION OF THE ROOSEVLET UNION FREE SCHOOL DISTRICT, and MARNIE HAZELTON, that the above- captioned action is voluntarily dismissed with prejudice and without cost or attorneys' fees to any party.

Dated: May 15, 2018
      Mineola, New York

| SILVERMAN & ASSOCIATES | LAW OFFICES OF LOUIS D. STOBER, JR., LLC |
|---|---|
| By: _____ <br> Gerald S. Smith <br> Attorneys for Defendants <br> 445 Hamilton Avenue, Suite 1102 <br> White Plains, NY 10601 <br> (914) 574-4510 | By: _____ <br> Louis D. Stober, Jr. <br> Attorneys for Plaintiff <br> 98 Front Street <br> Mineola, NY 11501 <br> (516) 742-6546 |